IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICALIS (MICHAEL) PAZIANAS, M.D., et al. | : : : | CIVIL ACTION |
| v. | : : | |
| ALLSTATE INSURANCE COMPANY | : | NO. 16-2018 |

<u>ORDER</u>

AND NOW, this 18th day of July, 2016, upon consideration of defendant Allstate Insurance Company's motion for judgment on the pleadings (docket entry #12) and plaintiff Micalis (Michael) Pazianas's response in opposition thereto, and for the reasons set forth in our Memorandum issued this day, it is hereby ORDERED that:

1. Allstate Insurance Company's motion for judgment on the pleadings (docket entry #12) is GRANTED;

2. Michael (Micalis) Pazianas's complaint is DISMISSED WITH PREJUDICE; and

3. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

\_\_/s/ Stewart Dalzell, J.
Stewart Dalzell, J.